### 6350. WILLIAMS v. THE STATE.

RUSSELL, C. J. The ruling in this case is controlled by the decisions of the Supreme Court in the cases of *Ross* v. *State*, 109 *Ga.* 517 (35 S. E. 102), and *Green* v. *State*, 111 *Ga.* 139 (36 S. E. 609). The law does not permit any one to be convicted upon mere suspicion. The evidence being entirely circumstantial and not being sufficient to connect the accused in any way with the burning, the verdict of guilty was contrary to law, and the court erred in refusing to grant a new trial.

*Judgment reversed.*

DECIDED OCTOBER 29, 1915.

Indictment for arson; from Liberty superior court—Judge Larsen. December 28, 1914.

*O. C. Darsey,* for plaintiff in error.

*W. F. Slater, solicitor-general,* contra.

---

### 6365. McKAY v. THE STATE.

RUSSELL, C. J. In view of the qualifying note of the trial judge, there was no error in refusing to declare a mistrial. Considering the record as a whole, especially in view of the conclusiveness of the testimony as to the sale of intoxicants by the accused, there was no error of such materiality as to have required the grant of a new trial.

*Judgment affirmed.*

DECIDED OCTOBER 29, 1915.

Accusation for misdemeanor; from city court of Macon—Judge Hodges. January 9, 1915.

*W. A. McClellan,* for plaintiff in error.

*John P. Ross, solicitor-general,* contra.